PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kevin Wesley Nichols      Case Number: 2:05CR00083-JLQ-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 26, 2005      Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)      Date Supervision to Commence: January 9, 2014

Original Sentence: Prison - 57 months
                TSR - 36 months      Date Supervision to Expire: January 8, 2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19     You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Recent contact with Mr. Nichols suggests the above-mentioned modification is appropriate, as he is scheduled to release from custody without a viable release address. In an attempt to provide a conducive environment upon release, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Mr. Nichols was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Nichols has agreed to the proposed modification.

It is anticipated that Mr. Nichols will secure adequate housing and employment while residing at the RRC. If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to allow Kevin Nichols to reside at the RRC for a period of up to 120 days.

Prob 12B
**Re: Nichols, Kevin Wesley**
**December 11, 2013**
**Page 2**

Respectfully submitted,

by      s/Tommy Rosser
_____

Tommy Rosser
U.S. Probation Officer
Date: December 11, 2013

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

December 12, 2013
Date